PS 42
(Rev 07/93)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JUL 1 1 2013
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____
DEPUTY CLERK

# United States District Court

## Eastern District of Arkansas

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Christopher James Ward** ) | Case No. 4:12CR00327-01 DPM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christopher James Ward, have discussed with, Pretrial Services/Probation Officer, modification of my release as follows:

(y) may have one computer with internet access, which is subject to search or computer monitoring software; otherwise, no access to any device capable of connecting to the internet, unless access to the device has been pre-approved by U.S. Pretrial Services. All electronic devices are subject to search and monitoring. The defendant will pay all or part of the program.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/25/13   _____  6/25/13
Signature of Defendant        Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  7/9/13
Signature of Defense Counsel  Date

[✓]  The above modification of conditions of release is ordered, to be effective on 7-11-13.

[ ]  The above modification of conditions of release is not ordered.

_____  7-11-13
Signature of Judicial Officer  Date